No. 25-4097

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JEANETTE STEVENS T/A ELM CO. and DAVID GOULD,
*Appellants-Objectors*,

v.

MEOR ADLIN, *et al.*,
*Appellees-Plaintiffs*.

Appeal from the United States District Court
for the Northern District of California, San Francisco Division
Hon. Charles R. Breyer
D.C. No. 3:07-cv-05634

**DECLARATION OF ELIZABETH T. CASTILLO IN SUPPORT OF APPELLEES-PLAINTIFFS' MOTION FOR SUMMARY AFFIRMANCE OF DISTRICT COURT'S ELM CO. ORDER AND GOULD ORDER**

I, ELIZABETH T. CASTILLO, declares and states that:

1. I, Elizabeth T. Castillo, am a partner at Cotchett, Pitre & McCarthy, LLP, and one of two firms appointed as Settlement Class Counsel for Plaintiffs in the underlying antitrust class action. I am a member of the State Bar of California and am admitted to practice before this Court. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of the Appellees-Plaintiffs' Motion for Summary Affirmance of District Court's Elm Co. Order and Gould Order pursuant to 28 U.S.C. § 1746.

3. Attached hereto as **Exhibit A** is a true and correct copy of the district court's Order Granting Plaintiffs' Motion for Secondary Distribution of Remaining Settlement Funds and Request for Attorneys' Fees and Reimbursement of Expenses (Jan. 19, 2023), ECF No. 1378 ("Secondary Distribution Order").

4. Attached hereto as **Exhibit B** is a true and correct copy of Appellant-Objector David Gould's Motion to Compel Prompt Compliance with Second Distribution Order (Apr. 23, 2025), ECF No. 1400, which David Gould filed in the district court ("Gould Mot. to Compel").

5. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Response to Objector and Claimant David Gould's Motion to Compel Prompt Compliance with Second Distribution Order (Apr. 29, 2025), ECF No. 1403.

6. Attached hereto as **Exhibit D** is a true and correct copy of David Gould's Reply in Support of Motion to Compel Prompt Compliance with Second Distribution Order (May 5, 2025), ECF No. 1404.

7. Attached hereto as **Exhibit E** is a true and correct copy of the district court's Order Denying Motion to Compel Prompt Compliance with Second Distribution Order (May 5, 2025), ECF No. 1405, which denied the Gould Motion to Compel ("Order Denying Gould Motion to Compel Order").

8. Attached hereto as **Exhibit F** is a true and correct copy of Appellant-Objector Elm Co.'s Petition/Objection Pursuant to 28 USC 1651 (May 9, 2025), ECF No. 1406, which Elm Co. filed in the district court ("Elm Co. Obj.").

9. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' Response to the Objection by Jeanette Stevens t/a Elm Co. (May 13, 2025), ECF No. 1407 ("Rsp. to Elm Co. Obj."), which Plaintiffs filed in the district court.

10. Attached hereto as **Exhibit H** is a true and correct copy of Elm Co.'s Reply in Support of Petition/Objection Pursuant to 28 USC 1651 (May 20, 2025), ECF No. 1409.

11. Attached hereto as **Exhibit I** is a true and correct copy of the district court's Order Overruling "Objection Pursuant to 28 USC 1651" (May 29, 2025), ECF No. 1413, which overruled Elm Co.'s objection ("Elm Co. Order").

12. Attached hereto as **Exhibit J** is a true and correct copy of Appellant-Objector David Gould's Motion to Compel Strict Compliance with Secondary Distribution Order; Motion to Comply with Mandate; Motion for Reconsideration; and Objections (May 19, 2025), ECF No. 1408, which Gould filed in the district court ("Gould Mot. for Reconsideration").

13. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiffs' Response to Objector David Gould's Motion to Compel Strict Compliance with Second Distribution Order; Motion to Comply with Mandate; Motion for Reconsideration; and Objections (May 22, 2025), ECF No. 1410.

14. Attached hereto as **Exhibit L** is a true and correct copy of David Gould's Reply in Support of Motion to Compel Strict Compliance with Second Distribution Order; Motion to Comply with Mandate; Motion for Reconsideration; and Objections (May 27, 2025), ECF No. 1411.

15. Attached hereto as **Exhibit M** is a true and correct copy of the district court's Order Denying Motion to Compel Strict Compliance with Second Distribution Order (May 29, 2025), ECF No. 1412, which denied the Gould Motion for Reconsideration ("Gould Order").

3

16. Attached hereto as **Exhibit N** is a true and correct copy of Elm Co.'s Notice of Appeal (June 11, 2025), ECF No. 1415, which Elm Co. filed in the district court ("Elm Co. Notice of Appeal").

17. Attached hereto as **Exhibit O** is a true and correct copy of Gould's Notice of Appeal (June 29, 2025), ECF No. 1418, which Gould filed in the district court ("Gould Notice of Appeal").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of August, 2025 in Burlingame, California.

*/s/ Elizabeth T. Castillo*
Elizabeth T. Castillo