# EXHIBIT D

David Gould
Apartado 201-6151
Unit 12C
Santa Ana, San Jose
10901
Costa Rica
dgould@protectedmail.net
+506-7007-1386

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB<br>)<br>) MDL No. 1913<br>)<br>) **REPLY IN SUPPORT OF**<br>) **MOTION TO COMPEL**<br>) **PROMPT COMPLIANCE**<br>) **WITH SECOND**<br>) **DISTRIBUTION ORDER** |

Class Counsel opposed the motion to compel compliance with the distribution Order and the terms thereunder and merely cited circumstances beyond their control for a six month delay in paying a small second distribution. Class Counsel will not advise the class or this Court what it is doing, what went wrong, or the economics as to how it affects the class. Class Counsel first sent incorrect emails telling people to watch for the payment in February (as its claims administrator swore under oath would occur), then on the website stating the payments are being sent in May (again only the English version was updated), now they are suggesting June. Class counsel provided no advisement as to why the Declaration of Botzet

#1397-1 or notice #1397 are not being followed, whether these circumstances are incurring additional administrative fees, how the delay is justified considering they told the Ninth Circuit of the extreme costs of delay, and whether these so-called circumstances are a prelude to seeking additional attorney fees as they did with the uncashed check money.

    Class Counsel has not confirmed it is following the second distribution Order as directed by the Court and gives no information. It is for this Court to determine the terms of the distribution, not Class Counsel.

    WHEREFORE, this Court needs to Compel Class Counsel to make the distribution forthwith and advise of the reason for the delay.

David Gould