# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION<br><br>This Document relates to:<br>ALL ACTIONS | Case No. 07-cv-05634-CRB<br><br>**ORDER OVERRULING "OBJECTION PURSUANT TO 28 USC 1651"** |

  Having learned that her "second distribution was denied" because her original claim was selected for an audit, Claimant Jeanette Stevens, t/a Elm Co., has filed an Objection. Objection (dkt. 1406). She asks the Court to "[d]eny any further attorney fees based on these 2025 audits," "[e]nforce the prior order concerning the second-round pro rata distribution," and "[d]irect the Settlement Administrator to cease any unauthorized reaudits of previously approved claims." Id. at 4–5. This Objection is similar to the motions to compel filed by Claimant David Gould, which the Court has denied. See Order on Earlier Gould Mot. (dkt. 1405); Order on Newest Gould Mot. (dkt. 1412).

  The Objection is OVERRULED. First, Class Counsel has represented that it is not seeking attorneys' fees in connection with the re-examination of certain claims. See Response (dkt. 1407); Pls. Mot. for Secondary Distribution (dkt. 1347) at 4. Second, Class Counsel has represented that it anticipates "making the secondary distribution on or before July 1, 2025" and this Court has stated that it is satisfied with that representation. See Response to Earlier Gould Mot. (dkt. 1403) at 2; Order on Earlier Gould Mot. And third, it has always been this Court's understanding that Rust and Class Counsel are responsible for only paying qualified claimants, and that the re-examination of suspicious claims is

1  part and parcel of that responsibility. While the order that Class Counsel highlights in its
2  Response pertains to Xanadu, see Response at 2 (discussing Order Setting Hearing (dkt.
3  1358)); Order Setting Hearing ("Class Counsel and Rust may audit/re-examine Corp.
4  Xanadu's claim, consistent with their obligation to pay only qualified claimants"), its
5  reasoning applies beyond just Xanadu.

**IT IS SO ORDERED.**

Dated: May  29 , 2025

_____
CHARLES R. BREYER
United States District Judge

2