# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE TRANSPACIFIC
PASSENGER AIR
TRANSPORTATION ANTITRUST
LITIGATION

Case No.  07-cv-05634-CRB

**ORDER DENYING MOTION TO
COMPEL STRICT COMPLIANCE
WITH SECOND DISTRIBUTION
ORDER**

This Document relates to:
ALL ACTIONS

Objector and Claimant David Gould's Motion to Compel Strict Compliance with
Second Distribution Order, see Mot. (dkt. 1408) is DENIED.  The motion essentially
rehashes Gould's earlier Motion to Compel Prompt Compliance with Second Distribution
Order, albeit with a different adjective in the title.  See Earlier Mot. (dkt. 1400).  The Court
denied that motion less than a month ago.  See Order Denying Earlier Mot. (dkt. 1405).
The new motion fails to satisfy the requirements for reconsideration.  See Moraga v.
Wolfson, No. 2:16-CV-287 JCM (VCF), 2019 WL 11707395, at *1 (D. Nev. Oct. 10,
2019) ("A motion for reconsideration is not the proper vehicle for rehashing old
arguments, see Merozoite v. Thorp, 52 F.3d 252, 255 (9th Cir. 1995), and is 'not intended
to give an unhappy litigant one additional chance to sway the judge.' Durkin v. Taylor,
444 F. Supp. 879, 889 (E.D. Va. 1977).").  Moreover, the Court remains satisfied with
Plaintiffs' assertion that "Plaintiffs and Rust anticipate making" the "distribution on or
before July 1, 2025." See Response (dkt. 1403).

**IT IS SO ORDERED.**

Dated: May  29  , 2025



CHARLES R. BREYER
United States District Judge