# EXHIBIT N

US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 11 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN RE: TRANSPACIFIC AIRLINE   Case No. 07-cv-05634-CRB

NOTICE OF APPEAL

I appeal from the Orders entered on May 29, 2025 to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted

*(signature)*

Jeanette Stevens t/a Elm Co
Claimant ID: 146302
Apartado 10210-1000
SAN JOSE, SAN JOSE 10102
conservationtrust@live.com

STEVENS
APARTADO 10210-1000
SAN JOSE COSTA RICA, AA 10102


Mailed via DocuPost.com

**********AUTO**MIXED AADC 130       PL1 T1 P1 S312
CLERK OF COURT
US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-3489



Presorted
First Class Mail
U.S. Postage
**PAID**
Permit 634
San Francisco, CA



RECEIVED

JUN 1 X 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA