# EXHIBIT O

David Gould
Apartado 201-6151
Unit 12C
Santa Ana, San Jose 10901
Costa Rica
dgould@protectedmail.net
+506-7007-1386

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | ) Case No. 07-cv-05634-CRB )  ) MDL No. 1913 ) ) **NOTICE OF APPEAL; OR,** ) **NOTICE OF CROSS APPEAL** |

Objector David Gould appeals, or cross-appeals, from the Orders entered on May 29, 2025 (Entry 1412) and May 5, 2024 (Entry 1405) to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

/s/ David Gould
David Gould
Apartado 201-6151
Unit 12C
Santa Ana, San Jose
10901
Costa Rica
dgould@protectedmail.net
+506-7007-1386