No. 25-4097

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JEANETTE STEVENS T/A ELM CO. and DAVID GOULD,
*Appellants-Objectors*,

v.

MEOR ADLIN, *et al.*,
*Appellees-Plaintiffs*.

Appeal from the United States District Court
for the Northern District of California, San Francisco Division
Hon. Charles R. Breyer
D.C. No. 3:07-cv-05634

**DECLARATION OF JOEL K. BOTZET IN SUPPORT OF
APPELLEES-PLAINTIFFS' MOTION FOR SUMMARY AFFIRMANCE
OF DISTRICT COURT'S ELM CO. ORDER AND GOULD ORDER**

I, JOEL K. BOTZET, declares and states that:

1. I am a Director of Client Services for Rust Consulting, Inc. ("Rust"), the Court-appointed Settlement Administrator for the settlements in the underlying antitrust class action, where Rust's responsibilities include claims administration and settlement distribution. My business address is 920 Second Avenue South, Suite 400, Minneapolis, Minnesota 55402. My business telephone number is 612-359-2035. I am authorized to make this declaration on behalf of Rust.

2. Rust has extensive experience in class action matters, having provided settlement administration services in class action lawsuits affecting millions of class members in cases involving antitrust, employment, consumers, banking and financial services, property, insurance, securities, and products liability, among its more than 9,000 projects.

3. Except as otherwise stated, I am fully familiar with and have personal knowledge of the matters stated in this declaration and am competent to testify about them if called upon to do so. I submit this declaration in support of Appellees-Plaintiffs' Motion for Summary Affirmance of District Court's Elm Co. Order and Gould Order.

**Secondary Distribution Generally**

4. Rust made the secondary distribution of remaining settlement funds in the underlying antitrust class action on June 27, 2025, which included issuing a

1

payment to David Gould. Elm Co. did not receive any payment from this secondary distribution.

5. Rust began preparing for the secondary distribution in late 2024 but, due to circumstances out of its control, had to delay the secondary distribution until June 27, 2025.

6. During the intervening period, based on information received about a criminal investigation into false or fraudulent claims filing activity, Rust re-examined 17 previously approved claims, including Appellant-Objector Elm Co.'s claim, because these claims aroused suspicion of potential fraud.

## Appellant-Objector Elm Co.

7. Based on Ms. Stevens' affidavit attesting that Elm Co.'s number of tickets claimed is accurate, Rust initially approved Elm Co.'s claim and made an initial distribution to settlement class members, including a substantial distribution to Elm Co., in March 2022.

8. In connection with the secondary distribution, Rust emailed and mailed Elm Co. an audit letter on March 24, 2025 requesting additional information to validate its claim by April 24, 2025. This audit letter stated, "Failure to respond with the requested information by the deadline may result in ELM CO's claim being ineligible for the Secondary Distribution." Elm Co. neither substantively responded

2

to this audit letter nor provided any additional information to validate its claim. Consequently, Elm Co. did not receive any payment from the secondary distribution.

### Appellant-Objector David Gould

9. Gould submitted a claim to the settlement funds in the underlying antitrust class action.

10. His claim included 96 tickets on various airlines, including eight *Satogaeri* tickets.

11. Gould's claimed tickets fell under the audit threshold, and Rust therefore did not audit his claim.

12. On March 17, 2022, Rust mailed Gould an initial distribution check, which he cashed on May 31, 2022.

13. On June 27, 2025, Rust mailed Gould a secondary distribution check, which he cashed on August 12, 2025.

14. There is no additional correspondence between Gould and Rust.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of August, 2025 in Minneapolis, Minnesota.

_____
Joel K. Botzet

3